UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CASE NO.: 08-13282-BKC-RAM
Chapter 7

**GUSTAVO MARTINEZ-TAPIA**
SS #XXX-XX-0060
**ANA MARTINEZ-TAPIA**
XXX-XX-3026
_____Debtor(s)._____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is given that:

( )    The trustee has a balance of $_____ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( X )    The trustee has a balance of $_4.36_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

( )    the disbursing agent in a chapter 11 liquidating plan has $_____ in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: September 22, 2010

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
One Flagler Building
14 Northeast First Ave., Penthouse
Miami, FL  33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708

Date: 09/22/10                                                                                                                                                   Page: 1

## DIVIDENDS REMITTED TO THE COURT

Check Number 10021 Dated 09/22/10

Case Number 08-13282 - MARTINEZ-TAPIA, GUSTAVO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital Recovery II<br>Care of Recovery Management Systems Corp<br>As Assignee of SAKS<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | 000001 | 488.80 | 1.91 |
| Capital Recovery II<br>Care of Recovery Management Systems Corp<br>As Assignee of Brandsmart<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | 000012 | 627.62 | 2.45 |
| ---------- Remittance Total --------------- | | 1,116.42 | 4.36 |

COURT1                                                                                                                    Printed: 09/22/10 10:48 AM    Ver: 15.20